| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Carman, Mark L. | 2. Court or Organization<br><br>Wyoming District Court, Yellowstone National Park | 3. Date of Report<br><br>10/07/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge; Full Time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Yellowstone Judicial Center
P.O. Box 387
Yellowstone National Park, WY 82190

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 2 |
| 2. | Trustee | Trust # 3 |
| 3. | Trustee | Trust # 4 |
| 4. | President | Ronald McDonald Charities of Montana |
| 5. | Manager | FF Properties, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 10/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SalemFive | Loan on airplane (N679SR) | M |
| 2. | Schwab Bank | Pledged Asset Line of Credit | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Schwab Money Market | A | Interest | M | T | | | | | |
| 3. -3M Company | A | Dividend | J | T | Sold (part) | 01/27/15 | J | B | |
| 4. -Abbott Laboratories | A | Dividend | J | T | | | | | |
| 5. -Abbvie Inc | A | Dividend | J | T | Buy (add'l) | 04/08/15 | J | | |
| 6. | | | | | Sold (part) | 08/26/15 | J | B | |
| 7. -Agilent Technologies Inc | A | Dividend | J | T | Buy (add'l) | 11/23/15 | J | | |
| 8. | | | | | Sold (part) | 10/19/15 | J | A | |
| 9. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 10. -Air Products & Chemicals Inc | A | Dividend | J | T | | | | | |
| 11. -American Express Company | A | Dividend | J | T | Sold (part) | 02/12/15 | K | D | |
| 12. | | | | | Sold (part) | 04/17/15 | J | B | |
| 13. -Apple Inc | A | Dividend | J | T | | | | | |
| 14. -AT&T Inc | A | Dividend | J | T | Sold (part) | 05/19/15 | J | A | |
| 15. -Applied Materials Inc | A | Dividend | | | Sold | 12/15/15 | J | A | |
| 16. -Auto Data Processing | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 17. -Blackrock Inc | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Carmax | A | Dividend | | | Buy | 04/21/15 | J | | |
| 19. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 20. | | | | | Sold | 10/20/15 | J | A | |
| 21.   -Coca Cola Company | A | Dividend | J | T | | | | | |
| 22.   -Danaher Corp | A | Dividend | J | T | Buy (add'l) | 05/14/15 | J | | |
| 23.   -Disney (DIS) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 24.   -Ebay (EBAY) | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 25.   -EMC Corp | A | Dividend | J | T | | | | | |
| 26.   -Equifax Inc | A | Dividend | J | T | | | | | |
| 27.   -Express Scripts Holding Company | A | Dividend | J | T | | | | | |
| 28.   -Exxon Mobil Corporation | A | Dividend | J | T | | | | | |
| 29.   -General Dynamics Corp | A | Dividend | J | T | | | | | |
| 30.   -Alphabet f/k/a Google Inc | A | Dividend | J | T | Buy (add'l) | 04/08/15 | J | | |
| 31.   -First Trust Dorsey Wright (FV) | A | Dividend | K | T | Buy | 08/25/15 | K | | |
| 32.   -Gilead Sciences (GILD) | A | Dividend | J | T | Buy | 08/25/15 | J | | |
| 33.   -Guggenheim ETF | A | Dividend | | | Sold (part) | 08/21/15 | J | A | |
| 34. | | | | | Sold | 12/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Halyard Health | A | Dividend | | | Sold | 02/05/15 | J | A | |
| 36. -Home Depot Inc | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 37. -International Business Machines | A | Dividend | J | T | | | | | |
| 38. -IQ Hedge Multi Strt ETF (QAI) | A | Dividend | L | T | Buy (add'l) | 03/13/15 | K | | |
| 39. -JP Morgan Chase | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 40. -Keysight Technologies | A | Dividend | | | Sold | 4/28/15 | J | A | |
| 41. -Kimberly#Clark Corp | A | Dividend | J | T | | | | | |
| 42. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 43. -NASDAQ OMX Group Inc (NDAQ) | A | Dividend | J | T | | | | | |
| 44. -Nike Inc Class B | A | Dividend | J | T | | | | | |
| 45. -Norfolk Southern Corp | A | Dividend | | | Sold | 08/06/15 | J | B | |
| 46. -Omnicom Group Inc | A | Dividend | J | T | Buy (add'l) | 04/08/15 | J | | |
| 47. -PayPal (PYPL) | A | Dividend | J | T | Buy | 06/22/15 | J | | |
| 48. -Powershares DWA (PIE) | A | Dividend | K | T | Buy | 08/25/15 | K | | |
| 49. -Schlumberger LTD | A | Dividend | J | T | | | | | |
| 50. -Schwab US Treas Money FD | A | Int./Div. | M | T | | | | | |
| 51. -Schwab Strat TR (SCHE) | A | Dividend | K | T | Buy | 12/09/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Sector SPDR Consumer FD Shares of Beneficial Int (XLY) | A | Dividend | J | T | Buy (add'l) | 10/20/15 | J | | |
| 53. -Sherwin Williams Co | A | Dividend | J | T | | | | | |
| 54. -Snap#On Inc | A | Dividend | J | T | | | | | |
| 55. -Stryker Corp | A | Dividend | J | T | Buy (add'l) | 04/08/15 | J | | |
| 56. -United Parcel Service Inc | A | Dividend | | | Sold (part) | 01/23/15 | J | A | |
| 57. | | | | | Sold | 04/06/15 | J | C | |
| 58. -Wal#Mart Stores Inc | A | Dividend | | | Buy (add'l) | 04/08/15 | J | | |
| 59. | | | | | Sold | 09/11/15 | J | A | |
| 60. -Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 61. -Wyndham Worldwide Corp | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 62. -iShares S&P MidCap 400 Growth Index (IJK) | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 63. -iShares MSCI ACWI ETF (ACWI) | A | Dividend | K | T | Sold (part) | 08/25/15 | K | A | |
| 64. -SPDR S&P MidCap 400 (MDY) | B | Dividend | K | T | Buy (add'l) | 04/08/15 | J | | |
| 65. -iShares MSCI Canada Index (EWC) | A | Dividend | J | T | | | | | |
| 66. -iShares MSCI EMU Index (EZU) | B | Dividend | | | Sold | 02/03/15 | J | A | |
| 67. -iShares MSCI Pacific ex#Japan Index (EPP) | A | Dividend | | | Sold | 04/09/15 | K | D | |
| 68. -iShares MSCI United Kingdom Index (EWU) | C | Dividend | | | Sold | 02/03/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -iShares Core MSCI (IEMG) | A | Dividend | | | Buy | 10/21/15 | K | | |
| 70. | | | | | Sold | 12/08/15 | K | | |
| 71. -iShares S&P Small Cap (IJR) | B | Dividend | K | T | Buy (add'l) | 04/08/15 | K | | |
| 72. -Vanguard FTSE All Wld Ex USSml Cap (VSS) | A | Dividend | | | Buy (add'l) | 03/11/15 | K | | |
| 73. | | | | | Sold | 09/10/15 | K | A | |
| 74. -Driehaus Emerging Markets Growth (DREGX) | A | Dividend | K | T | Buy (add'l) | 04/08/15 | J | | |
| 75. -Vanguard Emerging Market (VWO) | A | Dividend | | | Buy (add'l) | 04/27/15 | J | | |
| 76. | | | | | Sold | 10/21/15 | J | C | |
| 77. -Vanguard Interm#Term Tax Ex Adm (VWIUX) | C | Dividend | M | T | Buy (add'l) | 01/30/15 | J | | |
| 78. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 79. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 80. | | | | | Buy (add'l) | 04/08/15 | L | | |
| 81. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 82. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 83. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 84. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 85. | | | | | Buy (add'l) | 08/31/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 9 of 20

**Name of Person Reporting**

Carman, Mark L.

**Date of Report**

10/07/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 87. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 88. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 89. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 90. -Vanguard Ltd#Term Tax Ex Adm (VMLUX) | B | Dividend | L | T | Buy (add'l) | 01/30/15 | J | | |
| 91. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 92. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 93. | | | | | Buy (add'l) | 04/08/15 | K | | |
| 94. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 95. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 96. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 97. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 98. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 99. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 100. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 101. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 102. | | | | | Buy (add'l) | 12/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard REIT Index ETF (VNQ) | B | Dividend | K | T | Buy (add'l) | 04/06/15 | J | | |
| 104. -Vanguard European (VGK) | D | Dividend | L | T | Buy | 02/03/15 | M | | |
| 105. | | | | | Buy (add'l) | 04/01/15 | K | | |
| 106. | | | | | Buy (add'l) | 05/11/15 | J | | |
| 107. -Vanguard FTSE Pacific (VPL) | B | Dividend | K | T | Buy | 04/09/15 | K | | |
| 108. | | | | | Buy (add'l) | 04/23/15 | J | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. New York Life SEP Premium Plus Elite Variable Annuity | | | | | | | | | |
| 115. -MainStay VP Int'l Equity | B | Int./Div. | K | T | | | | | |
| 116. -MainStay VP Hi Yd BD | A | Int./Div. | K | T | | | | | |
| 117. -Fidelity Contrafund | A | Int./Div. | L | T | | | | | |
| 118. -Fidelity VIP Mid Cap SC2 | A | Int./Div. | K | T | | | | | |
| 119. -MainStay VP U.S. Small Cap | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -MainStay Mid Cap Core | A | Int./Div. | K | T | | | | | |
| 121. -MainStay VP MFS Utilities | A | Int./Div. | K | T | | | | | |
| 122. Thrivent Municipal Cond Fund-A | C | Int./Div. | L | T | | | | | |
| 123. Thrivent Diversified Income Plus Fund A | A | Dividend | J | T | | | | | |
| 124. Templeton Global Advisors Limited | A | Dividend | K | T | | | | | |
| 125. Templeton Investment Counsel LLC | A | Dividend | K | T | | | | | |
| 126. Pacific Life Insurance Whole Life Policy | A | Interest | J | T | | | | | |
| 127. Brokerage Acct #2 | | | | | | | | | |
| 128. -Northern Calif Pwr Bond | A | Interest | J | T | | | | | |
| 129. -Berkshire Hathaway | | None | L | T | Sold (part) | 02/13/15 | J | A | |
| 130. | | | | | Sold (part) | 12/02/15 | J | A | |
| 131. -Schwab Cash | A | Interest | J | T | | | | | |
| 132. IRA #1 | | | | | | | | | |
| 133. -Microsoft | A | Dividend | J | T | | | | | |
| 134. -Schwab Money Market | A | Interest | J | T | | | | | |
| 135. IRA # 2 | | | | | | | | | |
| 136. -Schwab Money Market US Treasury | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -iShares Barclays Aggregate Bond (AGG) | A | Dividend | J | T | Buy (add'l) | 04/14/15 | J | | |
| 138. -iShares S&P 500 Citigroup Value Index (IVE) | A | Dividend | J | T | | | | | |
| 139. -iShares S&P 500 Growth Index (IVW) | A | Dividend | K | T | | | | | |
| 140. -iShares S&P MidCap 400 Growth Index (IJK) | A | Dividend | J | T | | | | | |
| 141. -SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 142. -iShares S&P SmallCap 600 Citigroup Growth In (IJT) | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 143. -Vanguard FTSE All Wld Ex USSml Cap (VSS) | A | Dividend | | | Sold | 10/12/15 | J | A | |
| 144. -iShares MSCI Pacific ex#Japan Index (EPP) | A | Dividend | | | Sold | 04/15/15 | J | A | |
| 145. -Vanguard European Stock (VGK) | A | Dividend | J | T | | | | | |
| 146. -Vanguard Emerging Market (VWO) | A | Dividend | J | T | | | | | |
| 147. -Vanguard Corp Bond ETF (VCSH) | A | Dividend | | | Sold | 04/14/15 | J | A | |
| 148. -Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 149. -IQ Hedge Multi-Stratgy Tracker | A | Dividend | J | T | | | | | |
| 150. -iShares S&P SmallCap Core S&P (IJR) | A | Dividend | J | T | | | | | |
| 151. -Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Buy | 10/12/15 | J | | |
| 152. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 153. Trust #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Schwab Money Market (Y) | | | | | | | | | |
| 155. -iShares Barclays Intermediate Credit Bond (Y) | | | | | | | | | |
| 156. -iShares Barclays Total US Bond Market (Y) | | | | | | | | | |
| 157. -iShares S&P 500 Citigroup Value Index (Y) | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. -iShares S&P 500 Growth Index (Y) | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. iShares MidCap 400 Growth (Y) | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. -SPDR S&P MidCap 400 (Y) | | | | | | | | | |
| 166. -iShares S&P SmallCap 600 Citigroup Growth Ind (Y) | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. IShares MSCI Pacific Japan Index (Y) | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L.. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Vanguard FTSE All Wld Ex USSml Cap (Y) | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. -Vanguard European Stock (Y) | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. -Vanguard Emerging Market (Y) | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. -Vanguard REIT Index ETF (Y) | | | | | | | | | |
| 179. Trust #3 | | | | | | | | | |
| 180. -Schwab Money Market | A | Interest | J | T | | | | | |
| 181. -iShares Barclays 1#3 Year Credit Bond (CSJ) | | | | | | | | | |
| 182. -iShares S&P 500 Citigroup Value Index (IVE) | A | Dividend | K | T | Sold (part) | 03/26/15 | J | A | |
| 183. | | | | | Sold (part) | 04/14/15 | J | A | |
| 184. | | | | | Sold (part) | 04/23/15 | J | A | |
| 185. | | | | | Sold (part) | 09/23/15 | J | A | |
| 186. | | | | | Sold (part) | 11/03/15 | J | A | |
| 187. | | | | | Sold (part) | 12/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -iShares S&P 500 Growth Index (IVW) | A | Dividend | K | T | Sold (part) | 03/26/15 | J | A | |
| 189. | | | | | Sold (part) | 04/15/15 | J | A | |
| 190. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 191. | | | | | Sold (part) | 09/23/15 | J | A | |
| 192. | | | | | Sold (part) | 11/03/15 | J | A | |
| 193. | | | | | Sold (part) | 12/15/15 | J | A | |
| 194. -iShares S&P MidCap 400 Growth Index (IJK) | A | Dividend | J | T | Sold (part) | 04/16/15 | J | A | |
| 195. -SPDR S&P MidCap 400 (MDY) | A | Dividend | J | T | Sold (part) | 11/03/15 | J | A | |
| 196. -iShares S&P SmallCap Growth Index (IJT) | A | Dividend | J | T | Sold (part) | 01/16/15 | J | A | |
| 197. | | | | | Sold (part) | 03/26/15 | J | A | |
| 198. | | | | | Sold (part) | 04/16/15 | J | A | |
| 199. -iShares S&P SmallCap 400 Growth (IJR) | A | Dividend | J | T | Sold (part) | 04/16/15 | J | A | |
| 200. | | | | | Sold (part) | 11/03/15 | J | A | |
| 201. -Vanguard Corp Bond (VCSH) | A | Dividend | | | Sold | 04/14/15 | J | A | |
| 202. -Vanguard European Stock (VGK) | A | Dividend | K | T | Buy (add'l) | 01/14/15 | J | | |
| 203. | | | | | Sold (part) | 03/26/15 | J | A | |
| 204. | | | | | Sold (part) | 06/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Vanguard Emerging Market (VWO) | A | Dividend | J | T | Buy (add'l) | 01/13/15 | J | | |
| 206. | | | | | Sold (part) | 04/14/15 | J | A | |
| 207. -Vanguard REIT Index ETF (VNQ) | A | Dividend | J | T | Sold (part) | 11/03/15 | J | A | |
| 208. -IQHedge Mult-Strategy Tracker (QAI) | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 209. | | | | | Sold (part) | 03/26/15 | J | A | |
| 210. | | | | | Sold (part) | 12/15/15 | J | A | |
| 211. -iShares Pac Ex ETF (EPP)+ | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 212. | | | | | Sold | 04/15/15 | J | A | |
| 213. -Vanguard FTSE all Wld Ex US SmCap (VSS) | A | Dividend | | | Buy (add'l) | 01/13/15 | J | | |
| 214. | | | | | Sold | 09/23/15 | J | A | |
| 215. -Vanguard Aggregate Bond (AGG) | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 216. | | | | | Sold (part) | 12/15/15 | J | A | |
| 217. -Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 218. Trust #4 | | | | | | | | | |
| 219. -Schwab Money Market (Y) | | | | | | | | | |
| 220. -iShares Barclays 3#7 Yr Treasury Bond (Y) | | | | | | | | | |
| 221. -iShares Barclays Intermediate Credit Bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vanguard Mortagebacked Securities Index ETF (Y) | | | | | | | | | |
| 223. -iShares Dow Jones US Home Construction (Y) | | | | | | | | | |
| 224. -Vanguard Telecommunications Sector I (Y) | | | | | | | | | |
| 225. -First Trust Materials Alphadex (Y) | | | | | | | | | |
| 226. -SPDR Consumer Staples Select Sector (Y) | | | | | | | | | |
| 227. -SPDR Health Care Select Sector (Y) | | | | | | | | | |
| 228. -SPDR Consumer Discretionary Select Sector (Y) | | | | | | | | | |
| 229. -SPDR Energy Select Sector (Y) | | | | | | | | | |
| 230. -Guggenheim ETF (Y) | | | | | | | | | |
| 231. -SPDR Industrial Select Sector (Y) | | | | | | | | | |
| 232. -iShares Goldman Sachs Technology Index (Y) | | | | | | | | | |
| 233. -iShares S&P MidCap 400 Growth Index (Y) | | | | | | | | | |
| 234. -SPDR S&P MidCap 400 (Y) | | | | | | | | | |
| 235. -iShares S&P SmallCap 600 Citigroup Growth Index (Y) | | | | | | | | | |
| 236. -iShares MSCI Germany Index (Y) | | | | | | | | | |
| 237. -Vanguard FTSE All Wld Ex USSml Cap (Y) | | | | | | | | | |
| 238. -iShares MSCI Canada Index (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -iShares MSCI EMU Index (Y) | | | | | | | | | |
| 240.  -iShares MSCI Pacific ex#Japan (Y) | | | | | | | | | |
| 241.  -iShares MSCI United Kingdom Index (Y) | | | | | | | | | |
| 242.  -Powershares DWA Emer Mkts Momentum (Y) | | | | | | | | | |
| 243.  -Vanguard Emerging Market (Y) | | | | | | | | | |
| 244.  -Vanguard REIT Index ETF (Y) | | | | | | | | | |
| 245.  -Wasatch Long/Short (Y) | | | | | | | | | |
| 246.  -AQR N Managed Futures (Y) | | | | | | | | | |
| 247.  -IQ Hedge Multi Strategy Tracker (QAI) (Y) | | | | | | | | | |
| 248.  -iShares Dow Jones US Aerospace & Def (Y) | | | | | | | | | |
| 249.  -AQR Diversified Arbitrage I (Y) | | | | | | | | | |
| 250.  -IShares Semiconductor (Y) | | | | | | | | | |
| 251.  -IShares Regional Bank (Y) | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 10/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 71: iShares Small Cap (IJR) was inadvertently omitted from 2014 report
Line 145: This position was double listed on 2014 report as Vanguard Europe Stock and as Vanguard FTSE Europe ETF by mistake. Now only listed as Vanguard Europe Stock
Lines 181: This position was not in the Trust at beginning of 2015 and must have been sold previously.
Line 201: This asset was acquired prior to this reporting period and was inadvertently omitted from the 2014 report
Trust # 2 and #4 wre distributed to non-dependent trust beneficiaries during 2015

Amended Report and response to October 4th, 2016 letter:

Asset on line 164 of 2014 report is shown on line 136 of this report
Asset on line 166 of 2014 report is in Trust #1 which was distributed prior to 2015 and is not included in this report
Asset on line 232 of 2014 report is shown on line 213 of this report. I amended this to show that additional shares were purchased in Jan. of 2015.
Asset on line 233 of 2014 report is shown on line 211 of this report. I amended this to show that additional shares were purchased in Jan. of 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544